UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL I. GOLDBERG, as Receiver
for W.L. Ware Enterprises and Investments,
Inc. d/b/a Ware Enterprises and Investments,
Inc., Ware Enterprises and Investments,
LLC, d/b/a W.L. Ware Enterprises and
Investments, LLC,

          Plaintiff,

CASE NO. 6:05-cv-1687-ORL-18-JGG

v.

MARK SWAIN a/k/a MARK A. SWAIN,

          Defendant.

and

SUNTRUST BANK,

          Garnishee.
_____/

## AGREED FINAL JUDGMENT IN GARNISHMENT

THIS CAUSE came before the Court on the Agreed Motion for Final Judgment in Garnishment (Dkt. No. 25) and the Court, having reviewed the pleadings on file, and being otherwise duly advised in the premises, it is

**ORDERED AND ADJUDGED:**

1. The Agreed Motion for Final Judgment in Garnishment is hereby granted.

2. Plaintiff shall have, receive and recover from Garnishee, SUNTRUST BANK, the amount of $5,000.00, for which sum let execution issue forthwith.

{01146488;2}

3. After making the payment to Plaintiff in the amount of $5,000.00 from the Garnished Funds, SUNTRUST, shall release the remaining funds to the Defendant, MARK SWAIN a/k/a MARK ANTHONY SWAIN.

4. Plaintiff shall pay to Garnishee's attorney, LYNN F. NELSON, ESQ., the statutory allowance for attorney's fees in the amount of $100.00 set forth in Fla. Stat. §77.28.

4. Plaintiff's address is Las Olas Centre, II, Suite 1600, 350 East Las Olas Blvd., Ft. Lauderdale, FL 33301-2229.

**DONE AND ORDERED** in Orlando, Orange County, Florida this ___ day of April, 2007

HONORABLE G. KENDALL SHARP
U.S. DISTRICT COURT JUDGE

**COPIES FURNISHED TO:**

JILL E. KELSO, ESQ.
Akerman Senterfitt
P.O. Box 231, Orlando
FL 32802-0231

MARK SWAIN
a/k/a MARK ANTHONY SWAIN
3313 Fieldwood Drive SE
Smyrna, GA 30080-1611

VIVIAN B. SWAN
3313 Fieldwood Drive SE
Smyrna, GA 30080-1611

LYNN F. NELSON, ESQUIRE
SunTrust Bank
200 South Orange Avenue
Orlando, FL 32801

{01146488;2}